Cristina C. Arguedas (CalBN 87787)
  Email: arguedas@achlaw.com
Raphael M. Goldman (CalBN 229261)
  Email: goldman@achlaw.com
ARGUEDAS, CASSMAN & HEADLEY LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:   (510) 845-3000
Facsimile:   (510) 845-3003

*Counsel for Jeffrey Wertkin*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-cr-00557-MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING SENTENCING** |
| v. | |
| JEFFREY WERTKIN, | |
| Defendant. | |

Jeffrey Wertkin and the United States Attorney's Office for the Northern District of California, by and through their respective undersigned counsel, hereby stipulate

**STIPULATION AND [PROPOSED] ORDER RESCHEDULING SENTENCING**
*United States v. Jeffrey Wertkin*, No. 17-cr-00557-MMC        1

and agree as follows:

At the recent change of plea hearing, the Court scheduled the sentencing in this matter for March 14, 2018. The defense did not realize at the time that it has a scheduling conflict on that date.

The parties therefore stipulate and agree that the sentencing hearing should be re-scheduled for March 7, 2018 at 2:15 p.m., and the defense apologizes to the Court for the inconvenience.

SO STIPULATED:

Dated: December 5, 2017            BRIAN J. STRETCH
                                   United States Attorney

                                   By:  /s/
                                   Robin Harris
                                   Assistant United States Attorney

Dated: December 5, 2017            By:  /s/
                                   Raphael M. Goldman
                                   ARGUEDAS, CASSMAN & HEADLEY, LLP

                                   Counsel for Jeffrey Wertkin

### [PROPOSED] ORDER

Pursuant to the parties' stipulation, the Court HEREBY ORDERS that the sentencing hearing in this matter is re-set from March 14, 2018 to March 7, 2018 at 2:15 p.m.

IT IS SO ORDERED.

Dated: December 8, 2017            By: /s/ Maxine M. Chesney
                                   The Honorable Maxine M. Chesney
                                   United States District Court Judge

**STIPULATION AND [PROPOSED] ORDER RESCHEDULING SENTENCING**
*United States v. Jeffrey Wertkin*, No. 17-cr-00557-MMC         2