| Item | Cleared | Uncleared, Comments Attached | N/A |
|---|---|---|---|
| DOJ Credential | ✓ | | |
| HSPD-12/PIV or Aegis Card Badge (indicate) | | | N/A |
| Kastle Key/Cardkey/Datawatch | | | N/A |
| OLS Loaner Laptop Computer | | | N/A |
| Long Term Care Insurance? | | | N/A |
| Safes/Security Container Do you have access to any combinations for security containers/safes? If so, where are the safe(s) located? | | | N/A |

Clearance Officer Signature: *Mrs. Regina White-Watson*   Date: 04-13-2016

## PART X: CERTIFICATION OF CLEARANCE

### EMPLOYEE CERTIFICATION

I certify that I have returned or properly accounted for all Government property, funds, automated systems access codes, and other items which were issued to me during my employment with the Civil Division. I further certify that I have not retained any official records of the United States Government.

Employee Signature: *[signature]*   Date: 4/12/16

### CERTIFICATION OF SATISFACTORY CLEARANCE

I certify that the employee named in Part I has satisfied all the exit clearance requirements of the Civil Division and the Department of Justice.

Clearance Officer Signature: *Mrs. Regina White-Watson*   Date: 04-13-2016

### CERTIFICATION OF NON-CLEARANCE

I certify that the employee named in Part I: (1) has not satisfied the clearance requirements for Government property, funds, or other items, for which the employee is held accountable; (2) has been given the opportunity to read and furnish written comments on all attached statements of facts prepared by appropriate officials concerning the non-clearance of the property, funds, or items; and (3) has been informed that the Division will hold the employee's final salary, annual leave reimbursement, or retirement contributions until it can determine responsibility for any unreturned property and will deduct appropriate charges from those checks if it finds the employee liable for the unreturned items.

Clearance Officer Signature:   Date: