# Exhibit A

Josh Greene, LICSW

2/22/18

The Honorable Maxine M. Chesney
c/o Arguedas, Cassman & Headley, LLP
803 Hearst Avenue
Berkeley, California 94710

Dear Judge Chesney,

My name is Josh Greene, and I am a practicing Licensed Independent Clinical Social Worker currently working with Jeff Wertkin. I hold a license to practice in Washington, DC, and I have been continually licensed since 1997. I have a private practice where I meet with clients who choose to see me voluntarily for psychotherapy. I met Jeff Wertkin in March of 2017, after he reached out to me seeking support. We have been meeting frequently, and consistently, for the last eleven months.

I am writing to respectfully ask that you show leniency when considering Jeff's sentence. I have come to know Jeff intimately, through the therapeutic relationship, and I have seen a transformation over time of his thinking and feelings that seem to be more consistent with Jeff's historical presentation. He is now clear-headed and is able to investigate in therapy why he has made the choices he has over the last couple of years, and how he has negatively impacted others by making these choices. Jeff accepts responsibility for his crimes, and in doing so exhibits strength in character; he presents with goals to improve himself, to learn from his mistakes, and to being open to learn from others. In fact, he has shared thoughts related to his future interest in working with professionals to share his story so that others might avoid falling into situations where legal, ethical, and other boundaries might be crossed on a path to success.

Jeff has been forced to manage consequences of his criminal behavior during the last year, namely the loss of his job, and ultimately the ability to practice Law. His ongoing reconciliation of the loss of this part of his identity has been difficult for Jeff. He has been continually grieving these losses. That said, as Jeff was not working this last year, he was able to spend more time with his family which helped to enrich the lives of his children Alex and Lucy, his wife Erin, and himself. Jeff's time in prison will surely affect the development of the family unit, the children, and his connection with Erin.

I appreciate the time you are taking to hear my thoughts prior to Jeff's sentencing and thank you in advance for considering leniency.


Respectfully Submitted,

*[signature]*

Josh Greene, LICSW
Psychotherapist
Lic. LC50077875