# Exhibit B

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division**

**Performance Appraisal Record**
(Revised Feb. 2013)

*DISCLOSURE STATEMENT*: This information is personal. It must be appropriately safeguarded from improper disclosure, and it should only be made available for review by appropriate management levels having a need to know.

## PART A.

| Name of Employee: Jeffrey Wertkin | |
|---|---|
| Position Title: Trial Attorney | Pay Plan/Series/Grade: GS-905- |
| Rating Period (from/to): July 1, 2014 - June 30, 2015 | |

## PART B. DEVELOPMENT, DISCUSSION AND APPROVAL OF PERFORMANCE WORK PLAN

| Employee's Signature | Rating Official's Signature | Reviewing Official's Signature |
|---|---|---|
| Date | Date | Date |

## PART C. PROGRESS REVIEW (This section must be completed before submission of the appraisal record.)

| Employee's Signature | Rating Official's Signature | Date |
|---|---|---|

**NOTE:** If the employee's performance is **"Unacceptable"** on one or more elements at any time during the rating cycle, the supervisor should contact the Personnel Management Branch immediately.

## PART D. RATING OF RECORD OF INDIVIDUAL RATING ELEMENTS

| No. | Job Elements | Successful | Unacceptable |
|---|---|---|---|
| 1 | Develops cases for litigation. | X | |
| 2 | Conducts research and analysis. | X | |
| 3 | Writes briefs, memoranda, and other documents. | X | |
| 4 | Argues and tries cases, participates in discussions, hearings, and other proceedings. | X | |
| 5 | Conducts negotiations and alternative dispute resolution. | X | |
| 6 | Communicates and coordinates with clients, counsel, and others. | X | |
| 7 | Manages and protects information and resources. | X | |
| 8 | Handles appropriate workload and performs duties reliably and independently. | X | |
| 9 | Participates as a team member in support of the organization's mission. | X | |

## PART E. OVERALL RATING OF RECORD

| X | Excellent* | | Successful | | Unacceptable* |
|---|---|---|---|---|---|

*Written comments **must** accompany a rating of **Excellent** or **Unacceptable**. Comments for a rating of Successful are encouraged, but not required. Space for comments is provided on the reverse of this form.

## PART F. COMMENTS

**Comments for each element rated Fails to Meet Expectations must reference the standards for that element. Comments must be supported by specific examples of performance that is deficient.** Additional sheets may be attached, if necessary.

With another year and several more cases under his belt, Mr. Wertkin's enthusiasm and work ethic has not waned a bit. His full range of legal skills were on display this year, as he settled multiple, hard-fought cases and assumed the lead role in preparing a case for trial set to commence in August.

Mr. Wertkin spent a significant amount of time this year on the ▮▮▮ litigation, readying the case for trial. He ▮▮▮ ▮▮▮ His natural leadership abilities and strong writing skills have been a tremendous asset to the case. Mr. Wertkin is exceptionally good "on his feet" and his earnestness and passion come through in every point he argues and every witness he examines. He is well prepared to serve as the government's lead representative to the jury.

Notwithstanding the onerous demands of preparing for trial, Mr. Wertkin has managed to move several of his other ongoing matters toward settlement, achieving excellent results. In the ▮▮▮ matters, Mr. Wertkin persevered in a case fraught with both evidentiary and legal hurdles, finalizing ▮▮▮ settlements with both ▮▮▮ and ▮▮▮. Not content to rest on his laurels, after concluding a ▮▮▮ settlement with ▮▮▮ for conduct ▮▮▮ ▮▮▮ Mr. Wertkin set his sights on the individual ▮▮▮ at the center of the scheme and reached a settlement that is as significant for its deterrent effect as for its dollar recovery for federal health care programs. In the ▮▮▮ matters, which involved a number of issues of first impression under ▮▮▮ the court denied the defendant's motion to dismiss, adopting the arguments set forth in Mr. Wertkin's briefing. Over the last year, Mr. Wertkin steered the settlement discussions to a successful recovery of ▮▮▮. Due to his work on this case, he has become one of the office's leading experts on the structure and claims process of the ▮▮▮, and his colleagues often seek his input and advice in assessing potential ▮▮▮ damages in their cases.

Mr. Wertkin is a smart, talented attorney who thinks strategically and creatively about his cases with highly successful results. Rarely does he encounter an obstacle in a case that he cannot find a way to overcome. His passion and energy inspire all those who work with him. We thank him for his dedication, his willingness to tackle challenging tasks, and his many other contributions to the mission of the office.

## PART G. APPRAISAL TYPE:

| X | Annual Rating | | Interim Rating |
|---|---|---|---|

## PART H. HIGHER LEVEL REVIEW AND APPROVAL

| Rating Official's Signature | Reviewing Official's Signature | Employee's Signature |
|---|---|---|
| *[signature]* Jamie Ann Yavelberg | *[signature]* Michael D. Granston | Jeffrey Wertkin |
| Date 9/15/15 | Date 9/15/15 | Date |

**NOTE:** If you, as an employee, anticipate contesting any aspect of your rating, you are responsible for contacting your administrative or personnel office immediately for specific procedures to be followed. Your signature on this form is simply an acknowledgment of receipt, and does not remove your right to file an appeal.