# ARGUEDAS, CASSMAN & HEADLEY, LLP

Law Offices

803 Hearst Avenue, Berkeley, California 94710
Phone: (510) 845-3000   Fax: (510) 845-3003
www.achlaw.com

Cristina C. Arguedas
Ted W. Cassman
Laurel L. Headley
Julie A. Salamon
Raphael M. Goldman

Of Counsel:
Christy H. Chandler

March 8, 2018

<u>By ECF Filing and Express Delivery</u>

Hon. Maxine M. Chesney
c/o Clerk of the Court
United States District Court
    for the Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

    Re:   *United States v. Wertkin*, No. 17-cr-00557-MMC

Dear Judge Chesney:

    As the Court is aware, this office represents defendant Jeffrey Wertkin in the above-titled case. Yesterday afternoon Mr. Wertkin appeared before the Court for sentencing.

    At the recommendation of the Probation Officer, the Court ordered that as part of Mr. Wertkin's supervised release he participate in a program of testing and treatment for drug abuse. I write to request that, consistent with that order, the judgment in this matter reflect the Court's recommendation that Mr. Wertkin be permitted to participate in the Bureau of Prisons' Residential Drug Abuse Program ("RDAP") while in the custody of the BOP. We understand that the Federal Prison Camp at the BOP's Cumberland facility, at which the Court recommended Mr. Wertkin be placed, offers an FDAP program. *See https://www.bop.gov/inmates/custody_and_care/docs/rdap_locations_20180110.pdf.*

    A proposed order is attached hereto. We thank the Court again for the time and attention it has devoted to this matter.

Best regards,

Raphael Goldman
ARGUEDAS, CASSMAN & HEADLEY, LLP

Counsel for Jeffrey Wertkin