UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** March 7, 2018 | **Time:** 2:55 - 4:14<br>= 1 hour 19 minutes | **Judge:** MAXINE M. CHESNEY |
| **Case No.:** 17-cr-00557-MMC-1 | **Case Name:** UNITED STATES v. JEFFREY WERTKIN | |

**Attorney for Plaintiff:** Robin Harris and William Frentzen
**Attorney for Defendant:** Cristina Arguedas and Raphael Goldman

| | |
|---|---|
| **Deputy Clerk:** Tracy Geiger | **Court Reporter:** Kathy Wyatt |
| **Interpreter:** N/A | **Probation Officer:** Kyle Pollak |

## PROCEEDINGS

Judgment and Sentencing hearing held.

Sentence imposed: 30 months in custody on each of Counts 1, 2, and 3, to be served concurrently.

Three years of supervised release on each of Counts 1, 2, and 3, to be served concurrently.

Special assessment: $300, Fine: $10,000.

Defendant to self-surrender to designated institution on May 21, 2018 (no later than 2:00 p.m.)

(See judgment for additional conditions).