IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>　　　　　Plaintiff,<br>　　v.<br>WERTKIN,<br>　　　　　Defendant. | Case No. 17-cr-00557-MMC-1<br><br>**ORDER RE: REQUEST FOR RECOMMENDATION**<br><br>Re: Dkt. No. 15 |

Before the Court is defendant Jeffrey Wertkin's letter request, filed March 8, 2018, by which said defendant asks the Court to include in the judgment a recommendation that he be permitted to participate in the Bureau of Prisons' Residential Drug Abuse Program during the time he is in the custody of that agency.

Having considered the matter, the Court declines to make the requested recommendation.

**IT IS SO ORDERED.**

Dated: March 14, 2018

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge