```
 1                    PAGES  1-54

 2                UNITED STATES DISTRICT COURT

 3                NORTHERN DISTRICT OF CALIFORNIA

 4         BEFORE THE HONORABLE MAXINE M. CHESNEY, JUDGE

 5  UNITED STATES OF AMERICA,        )
                                     )
 6            PLAINTIFF,              )
                                     )
 7    VS.                            ) NO. CR 17-0557 MMC
                                     )
 8  JEFFREY WERTKIN,                 )
                                     ) SAN FRANCISCO,
 9                                   ) CALIFORNIA
              DEFENDANT.             ) WEDNESDAY
10                                   ) MARCH 7, 2018
    _____) 2:15 O'CLOCK P.M.
11
                     TRANSCRIPT OF PROCEEDINGS
12  APPEARANCES:

13  FOR PLAINTIFF:
    UNITED STATES ATTORNEY'S OFFICE
14  450 GOLDEN GATE AVENUE
    SAN FRANCISCO, CALIFORNIA 94102
15  BY:  ROBIN L. HARRIS, ASSISTANT UNITED STATES ATTORNEY
         WILLIAM FRENTZEN, ASSISTANT UNITED STATES ATTORNEY
16

17  FOR DEFENDANT:
    ARGUEDAS, CASSMAN & HEADLEY, LLP
18  803 HEARST AVENUE
    BERKELEY, CALIFORNIA 94710
19  BY:  CRISTINA C. ARGUEDAS, ATTORNEY AT LAW
         RAPHAEL M. GOLDMAN, ESQUIRE
20       TED CASSMAN, ESQUIRE

21

22

23

24  REPORTED BY:   KATHERINE WYATT, CSR 9866, RMR, RPR

25
```

```
 1    SUGGESTED.
 2             AND THERE WAS NO LEGITIMATE REASON TO LEAVE THOSE
 3    QUI TAM COMPLAINTS THAT HE STOLE IN THAT ENVELOPE OTHER THAN TO
 4    IMPLICATE SOMEONE OTHER THAN HIMSELF AND GIVE HIMSELF A FALSE
 5    ALIBI.
 6             THE COURT:  WELL, JUST TO CLARIFY THAT ONE POINT, I
 7    DON'T KNOW THAT THE EVIDENCE IS SHOWING THAT HE WAS TRYING TO
 8    GET HIS COWORKER IN TROUBLE. BUT HE WAS -- BUT THAT WAS THE END
 9    RESULT OF WHAT HAPPENED BECAUSE HE WASN'T TRYING -- HE WAS
10    TRYING TO SAY THEY WERE SENT TO HIM BY MISTAKE. THAT ALREADY IS
11    A NEGLIGENT ACT THAT SOMEBODY MIGHT WILL LOOK INTO.
12             MS. HARRIS:  ABSOLUTELY.
13             THE COURT:  BUT NOT QUITE THE SAME AS A
14    CO-CONSPIRATOR, WHICH SHE WAS BEING INVESTIGATED FOR, AS WELL.
15    YOU KNOW, WAS SHE IN ON THIS?
16             SO, YES, YOU COULD STILL GET SOMEBODY IN TROUBLE FOR
17    BEING SO SLOPPY WITH THAT KIND OF MAILING, YES. ALTHOUGH NOT
18    NECESSARILY TRYING TO SAY THAT THEY WERE WORKING WITH HIM, SO
19    TO SPEAK.
20             MS. HARRIS:  YOUR HONOR, EVEN IF THAT WERE THE CASE,
21    ANYONE WHO WORKS IN THE DEPARTMENT OF JUSTICE IN THE CIVIL FRAUD
22    SECTION WOULD BE TERMINATED IF THEY NEGLIGENTLY MAILED SEALED
23    QUI TAMS TO A PRIVATE LAW FIRM. HER CAREER WAS IN JEOPARDY BASED
24    ON WHAT HE DID. AND WHETHER YOU TAKE IT TO THE EXTREME THAT THE
25    GOVERNMENT DID WHEN IT WAS DOING ITS CRIMINAL INVESTIGATION, WE
```

```
 1              BUT I HAVE READ ALL THIS.  AND I JUST WANT YOU TO
 2   KNOW I'VE READ IT. I WAS PARTICULARLY CONCERNED THAT HE WENT
 3   BACK TO THE OFFICE.  WHETHER HE WAS TRYING TO HARM HIS
 4   CO-WORKER, NO, HE WASN'T.  BUT HE CERTAINLY WASN'T THINKING
 5   ABOUT IT, AND SHE IS UPSET.
 6              THIS YOUNG WOMAN -- I'M NOT SURE HOW YOUNG SHE IS --
 7   BUT SHE WROTE A LETTER AND, IN EFFECT, PARENTHETICALLY:
 8                   "(I DIDN'T HAVE EVERYTHING HE HAD)," CLOSE
 9   PAREN.
10                   "I HAD TO FIGHT FOR EVERYTHING. I CAME FROM A
11              FAMILY" -- I DON'T KNOW WHAT NUMBER OF, A BIG NUMBER
12              OF KIDS -- "AND WE DIDN'T HAVE ANY MONEY, AND I HAD
13              TO EARN EVERYTHING FOR MYSELF.  AND I FINALLY GOT
14              WHERE I DID, AND THEN, BAM, EVERYONE IS QUESTIONING
15              WHETHER OR NOT I SHOULD EVEN BE IN THE OFFICE."
16              AND SHE IS UPSET.
17              THE DEPARTMENT OF JUSTICE IS UPSET WITH EVERYTHING
18   THAT HAPPENED THERE. THEY HAD TO CONDUCT AN INVESTIGATION.
19              THEY HAD TO CHECK EVERYTHING OUT.  THEY NO LONGER
20   LEAVE COMPLAINTS ON THE CORNER OF THE DESK. ALL RIGHT. THEY
21   SHOULDN'T HAVE BEEN LEAVING THEM THERE, ANYWAY.  BUT NOBODY HAD
22   EVER WALKED OUT WITH THEM BEFORE.
23              ==THEY ARE CONCERNED ABOUT ALL THE PEOPLE WHO HAVE==
24   ==GIVEN THEM CONFIDENTIAL INFORMATION WHO NOW FEEL THE OFFICE IS==
25   ==A SIEVE==.
```