IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>JEFFREY WERTKIN,<br><br>         Defendant. | Case No.  17-cr-00557-MMC-1<br><br>**ORDER DENYING LETTER REQUEST FOR RECONSIDERATION**<br><br>Re: Dkt. No. 22 |

The Court is in receipt of a letter request, submitted *pro se* by defendant Jeffrey Wertkin ("Wertkin") and filed March 20, 2018, by which Wertkin asks the Court to reconsider its March 14 order declining to include in the judgment a recommendation that he be permitted to participate in the Bureau of Prisons' Residential Drug Abuse Program. On March 21, 2018, plaintiff United States of America filed a response, in which it sets forth its opposition.

The Court having read and considered the letter request and response thereto, and finding no good cause has been shown for reconsideration, Wertkin's letter request is hereby DENIED.

**IT IS SO ORDERED.**

Dated: March 23, 2018

MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California